# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN CARLOS RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>BERGELECTRIC CORPORATION and MARCUS GARCIA,<br><br>Defendants. | 2:08-CV-01176-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Defendant's Motion to Dismiss Claims Against Marcos Garcia (Doc. #50), filed on October 8, 2010, and no opposition thereto, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion to Dismiss Claims Against Marcos Garcia (Doc. #50) is **GRANTED**.

DATED: November 3, 2010.

PHILIP M. PRO
United States District Judge